UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SHAWN GLOCK,<br><br>        Plaintiff,<br><br>  vs.<br><br>KNIGHT ADJUSTMENT BUREAU,<br><br>        Defendants. | **ORDER GRANTING JOINT MOTION TO DISMISS (ECF NO. 32)**<br><br>Case No: 1:18-cv-00102-EJF<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to the Joint Motion to Dismiss (ECF No. 32) filled by the parties, and good cause appearing, it is hereby ORDERED, ADJUDGED and DECREED that the above captioned matter be dismissed, with prejudice, with each party bearing its own attorneys costs and fees.

DATED this 4th day of June, 2019.

BY THE COURT:

_____
Magistrate Judge Evelyn J. Furse